# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Akossiwa Atadoutin, | Civil No. 10-4050 (RHK/JJK) |
| Plaintiff, | **ORDER FOR DISMISSAL** |
| vs. | |
| Opportunity Partners, | |
| Defendant. | |

Pursuant to the parties' Stipulation of Dismissal With Prejudice (Doc. No. 14), **IT IS ORDERED** that the Complaint against Opportunity Partners is **DISMISSED WITH PREJUDICE**, on its merits and without costs, disbursements or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  April 13, 2011

                                                          s/Richard H. Kyle
                                                          RICHARD H. KYLE
                                                          United States District Judge